GERARD FOX LAW, P.C.
GERARD P. FOX (SBN #151649)
gfox@gerardfoxlaw.com
THOMAS P. BURKE JR. (SBN #288261)
tburke@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
(310) 441–0500
(310) 441–4447 fax

Attorneys for Plaintiff
Mediagloss, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MEDIAGLOSS, INC.,** a California corporation,<br><br>              Plaintiff;<br><br>      v.<br><br>**TENCENT AMERICA, LLC,** a Delaware limited liability company, and DOES 1-5, inclusive,<br><br>              Defendants. | Case No. C14-05554 RS<br><br>**STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT AND [**~~PROPOSED~~**] ORDER** |

Plaintiff Mediagloss, Inc. ("Mediagloss") and Defendant Tencent America, LLC ("Tencent") hereby consent and stipulate as follows:

WHEREAS, Mediagloss filed a Complaint on December 19, 2014;

WHEREAS, Mediagloss's currently operative complaint is its "corrected" Complaint filed on December 22, 2014;

WHEREAS, Mediagloss seeks to file an Amended Complaint;

WHEREAS, the parties have met and conferred regarding the allegations contained in Mediagloss's proposed Amended Complaint;

WHEREAS, Mediagloss's Amended Complaint is submitted concurrently herewith in accordance with Civil L.R. 10-1;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Tencent consents to Mediagloss's filing of the Amended Complaint;

WHEREAS, by consenting to the filing of the Amended Complaint, Tencent is not in any way conceding, and expressly reserves its rights to contest by all permissible procedures and means, (a) the truth of any factual allegation in the Amended Complaint; and (b) the legal or factual adequacy of any claim asserted in the Amended Complaint.

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. That pursuant to Federal Rule of Civil Procedure 15(a)(2), Mediagloss's Amended Complaint shall be the now-operative pleading in the above-captioned litigation;

2. That pursuant to Federal Rule of Civil Procedure 15(a)(3), Tencent shall have 30 days from the service of the Amended Complaint in which to answer or otherwise respond to the Amended Complaint.

| | |
|---|---|
| Dated: August 20, 2015 | GERARD FOX LAW, P.C. |
| | By: /s/ Thomas P. Burke Jr. |
| |     Thomas P. Burke Jr. |
| | Attorneys for Plaintiff<br>Mediagloss, Inc. |
| Dated: August 20, 2015 | COVINGTON & BURLING LLP |
| | By: /s/ Simon J. Frankel |
| |     Simon J. Frankel |
| | Attorneys for Defendant<br>Tencent America, LLC |

## ORDER

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED.

Dated: August  20 , 2015

_____
Honorable Richard Seeborg
United States District Judge

**ECF CERTIFICATION**

I, Thomas P. Burke Jr., am the ECF User whose identification and password are being used to file this Stipulation to Allow Filing of Amended Complaint and [Proposed] Order. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel has concurred in this filing.

Dated: August 20, 2015                             GERARD FOX LAW, P.C.

                                                   By: /s/ Thomas P. Burke, Jr.
                                                        Thomas P. Burke Jr.