GERARD FOX LAW, P.C.
GERARD P. FOX (SBN #151649)
gfox@gerardfoxlaw.com
THOMAS P. BURKE JR. (SBN #288261)
tburke@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
(310) 441–0500
(310) 441–4447 fax

Attorneys for Plaintiff
Mediagloss, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MEDIAGLOSS, INC.,** a California corporation,<br><br>            Plaintiff;<br><br>    v.<br><br>**TENCENT AMERICA, LLC,** a Delaware limited liability company, and DOES 1-5, inclusive,<br><br>            Defendants. | Case No. C14-05554 RS<br><br>**[PROPOSED] ORDER TO FURTHER CONTINUE RESPONSIVE PLEADING DUE DATES** |

Upon consideration of the parties' Joint Stipulation to Further Continue Responsive Pleading Due Dates, and good cause appearing therefor, it is hereby ORDERED:

1. Plaintiff Mediagloss, Inc.'s opposition to Defendant Tencent America, LLC's motion to dismiss shall be due by October 21, 2015.

2. Defendant Tencent America, LLC's reply in support of its motion to dismiss shall be due by October 28, 2015.

3. The hearing for this motion shall be scheduled for November 12, 2015.

IT IS SO ORDERED.

Dated: October __7__, 2015

_____
Honorable Richard Seeborg
United States District Judge