GERARD FOX LAW, P.C.
GERARD P. FOX (SBN #151649)
gfox@gerardfoxlaw.com
THOMAS P. BURKE JR. (SBN #288261)
tburke@gerardfoxlaw.com
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
(310) 441–0500
(310) 441–4447 fax

Attorneys for Plaintiff
Mediagloss, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MEDIAGLOSS, INC.,** a California corporation,<br><br>  Plaintiff;<br><br>  v.<br><br>**TENCENT AMERICA, LLC,** a Delaware limited liability company, and DOES 1-5, inclusive,<br><br>  Defendants. | Case No. C14-05554 RS<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear its own attorney's fees, expenses, and costs.

IT IS SO ORDERED.

Dated: October  19 , 2015

_____
Honorable Richard Seeborg
United States District Judge